E. D. Risser, appellant, v. Frank Bishopp et al., appellees. Gen. No. 8,512.

 Opinion filed February 23, 1933. Rehearing denied May 2, 1933.

J. Bert Miller, John P. Pallissard and F. P. Benjamin, for appellant. C. G. Hirsch, for appellees.

Mr. Justice Baldwin delivered the opinion of the court.